IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELIQUE HARRIS,<br><br>              Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>              Defendant. | Case No. 10-CV-611-FHM |

## OPINION AND ORDER

Plaintiff's Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, [Dkt. 22] is GRANTED.

SO ORDERED this 3rd day of April, 2012.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE