**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

ANGELIQUE HARRIS,

                Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

                Defendant.

Case No. 10-CV-611-FHM

## OPINION AND ORDER

Plaintiff's Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees, [Dkt. 22] is GRANTED.

SO ORDERED this 3rd day of April, 2012.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE